UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| DEREK LAPLUME ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STELLAR RECOVERY, INC ) <br> Defendant. ) <br> ) <br> ) | Case No. 2:15-cv-00516-NT |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, by and through undersigned counsel, and request entry of an Order of Dismissal with prejudice, each party to bear its own costs, expenses, and attorneys' fees. Defendant has not filed either an answer or motion for summary judgment in this matter

Dated: March 4, 2016

                                                                                   Respectfully submitted,
                                                                                    Counsel for the Plaintiff,

                                                                                    /s/ Keith A. Mathews, Esq.
                                                                                    ATTY. KEITH A. MATHEWS
                                                                                    [BBO#005382]
                                                                                    Associated Attorneys of New England
                                                                                    587 Union Street
                                                                                    Manchester, NH 03104
                                                                                    Tel: (603) 622-8100
                                                                                    Fax: (888) 912-1497
                                                                                    keith@aaone.law

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date of filing.


Dated: March 4, 2016                                             /s/ Keith A. Mathews
                                                                  Atty. Keith A. Mathews